1  Paul M. Levine, Esq.  (007202)
   Lakshmi Jagannath, Esq. (027523)
2  **McCARTHY ♦ HOLTHUS ♦ LEVINE**
   8502 E. Via de Ventura, Suite No. 200
3  Scottsdale, Arizona 85258
   Telephone:  (480) 302-4100
4  plevine@mhlevine.com
   *Attorneys for Quality Loan Service Corporation*
5

6  **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA**
7

8  FEDERAL HOME LOAN MORTGAGE CORPORATION, its assignees and/or successors

9                  Plaintiff,

10 v.

11 FAUSTO U. CETTOLIN and DONNA L. CETTOLIN, husband and wife, and DOES 1-
12 10, inclusive,

13                 Defendants.

Case No. CV10-8062-PCT-MEA

**CORPORATE DISCLOSURE STATEMENT**

14      This Corporate Disclosure Statement is filed on behalf of Federal Home Loan Mortgage

15 Corporation, in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure.

16 Federal Home Loan Mortgage Corporation is a publicly held corporation chartered by the United

17 States Congress.  Federal Home Loan Mortgage Corporation has no parent corporation and no

18 publicly held corporation owns 10% or more of Federal Home Loan Mortgage Corporation's

19 stock.

20      A supplemental disclosure statement will be filed upon any change in the information

21 provided herein.

22 ///

23 ///

24

1     **RESPECTFULLY SUBMITTED** this 15th day of April, 2011.

2                 **McCARTHY ◆ HOLTHUS ◆ LEVINE**

3         By:   /s/Paul M. Levine
              Paul M. Levine
4             Lakshmi Jagannath
              8502 E. Via de Ventura, Suite No. 200
5             Scottsdale, Arizona 85258
              Attorneys for Quality Loan Service Corporation

7 ORIGINAL of the foregoing filed with the Clerk of the Court this 15th
8 day of April, 2011.

9 Fausto U. Cettolin
Donna L. Cettolin
10 2760 Alibi Drive
Lake Havasu City, Arizona 86404
11 Defendants Pro Per

12
By:   /s/Christina Barnes
13        Christina Barnes